M. P. No. 75-204. JAMES E. CORREIA, JR. v. DEPARTMENT OF EMPLOYMENT SECURITY. Petition for writ of certiorari denied. *Charles Greenwood,* Rhode Island Legal Services, Inc., for petitioner. *Irving J. Bilgor,* for respondent.

C. A. No. 75-45. STATE v. HOWARD N. FEIST, JR. *et al.* Motion to reargue denied. *Julius C. Michaelson,* Attorney General, *William G. Brody,* Special Asst. Attorney General, for plaintiff. *Salter, McGowan, Arcaro & Swartz, Incorporated, James R. McGowan,* for defendants.

APPEAL No. 74-181. ROSE AVEDESIAN *et al.* v. RHODE ISLAND PUBLIC TRANSIT AUTHORITY. Motion of defendant to dismiss appeal granted. *James J. McGair,* for plaintiffs. *Doorley, Gifford & Paci, Seth K. Gifford,* for defendant.

APPEAL No. 75-30. ADAM FARKAS v. ALBERT M. SADLER *et al.* Motion by defendant Mary R. Adams to be removed from the pending proceedings is denied without prejudice. Motion of Arnold Zoglio, Jr. to withdraw as attorney for plaintiff is granted. The plaintiff's pro se motion to allow Arnold Zoglio, Jr. to withdraw and to proceed on the record before the court is granted. Motion of the defendants Albert M. Sadler and Elizabeth Sadler to dismiss the appeal for failure to file a brief is denied. *Adam Farkas,* pro se. *Keenan, Rice, Dolan, Reardon & Kiernan, James A. Currier,* for Albert M. and Elizabeth Sadler. *Hanson, Curran, Bowen & Parks, Kenneth R. Neal,* for Mary R. Adams, defendants.

September 12, 1975.

C. A. No. 1883. STATE v. WILLIAM E. EATON. The State previously moved to dismiss the defendant's appeal on the ground that he was a fugitive from justice. The motions were denied without prejudice to the right of the State to renew its motion when the defendant was again in custody or on or after certain dates. The State has again renewed its motion, and the defendant is still a fugitive from justice and has been